JAMES HIGUERA #T558446
Name and Prisoner/Booking Number

MCSO - LOWER BUCKEYE JAIL
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

JUL 08 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

JAMES HIGUERA #T558446,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) CITY OF MESA,
(Full Name of Defendant)

(2) MESA POLICE DEPARTMENT,

(3) UNKNOWN MESA POLICE CHIEF,

(4) OFFICER RODRIGUEZ, J. (17310),

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-19-04653-PHX-SPL--CDB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: CITY OF "MESA, AZ"

550/555

Revised 6/05/17

1

5) OFFICER ROPE, C (19865)
6) OFFICER METCALF, B (13846)

(1-A)

## B. DEFENDANTS

1. Name of first Defendant: __CITY OF MESA__. The first Defendant is employed as: _____ at _____.
   (Position and Title)                (Institution)

2. Name of second Defendant: __MESA POLICE DEPARTMENT__. The second Defendant is employed as: _____ at _____.
   (Position and Title)                (Institution)

3. Name of third Defendant: __UNKNOWN MESA POLICE CHIEF__. The third Defendant is employed as: __CHIEF OF DEPARTMENT__ at __MESA POLICE DEPARTMENT__.
   (Position and Title)                (Institution)

4. Name of fourth Defendant: __OFFICER RODRIGUEZ (17316)__. The fourth Defendant is employed as: __?__ at __MESA POLICE DEPARTMENT__.
   (Position and Title)                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __N/A__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

5) OFFICER ROPE, C (19865). THE FIFTH DEFENDANT IS EMPLOYED AS __?__ AT THE MESA POLICE DEPARTMENT.

6) OFFICER METCALF, B (13846). THE SIXTH DEFENDANT IS EMPLOYED AS __?__ AT THE MESA POLICE DEPARTMENT.

(2-A)

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **8TH AMENDED RIGHT**

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I WAS APPROVED BY MEN WITH SHOTGUNS IN A PARKING LOT CLAIMING TO BE POLICE. THERE WAS NO POLICE CARS. THESE MEN HAD ME LAY ON BURNING HOT ASPHALT. I TOLD THEM TO GROUND WAS BURNING ME & WITH MY HANDS RAISED ABOVE MY HEAD I RAISED ONLY TO MY KNEES. THESE MEN TOLD ME I NEED TO LAY DOWN. THEN ONE OF THEM SHOT ME. AT THIS POINT I AM MORE THEN SCARED FOR MY LIFE. & RUN YELLING FOR SOMEONE TO CALL 911 AS THIS IS ALL HAPPENING AT THE SAME TIME. I AM CONTINUOUSLY SHOT 7 MORE TIMES IN THE BACK AND THE ONE OF THE MEN CHASED AFTER ME & HIT ME IN THE RIGHT SIDE OF MY FACE AS I WAS RUNNING WITH THE BUTT OF HIS SHOTGUN. KNOCKING ME OUT COLD. I WOKE UP IN HANDCUFFS WITH AN AMBULANCE TO TAKE ME TO THE EMERGENCY ROOM TO PREFORM SURGURY TO REMOVE THE BEAN BAG THAT PENETRATED ME & ALSO X-RAY ME ETC. I WAS ONLY IN THE HOSPITAL 2-3 DAYS BEFORE BEING TAKEN TO COUNTY JAIL. I AM IN EXTREME PAIN & CAN BARELY WALK & THEY PUT ME IN THIS HORRIBLY DIRTY PLACE ON A TOP BUNK. *NOTE*: I WAS UNARMED DURING THIS ENTIRE PROCESS. NEVER HAD A WEAPON.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   SURGURY ON CHEST W/ STICHES & STAPLES. SEVEARE BRUISING FROM THE TOP OF MY BACK TO BELOW MY WAIST. STILL SEEING MEDICAL. AWAITING RESULTS FROM X-RAYS ETC.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I AM NOT SUEING THE FACILITY OR DEPARTMENT THAT IS HOLDING ME.

## COUNT II

1. State the constitutional or other federal civil right that was violated: __8TH AMEND. RIGHT__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   SEE COUNT ONE, PG(3). THESE OFFICERS WERE TRYING TO KILL ME.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   SEE PAGE (3) UNDER COUNT ONE

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. NOT SUING DEPARTMENT THAT HAS CUSTODY OF ME.

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: 8TH AMENDED RIGHT

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other:
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   AFTER BEING RELIESED FROM SURGERY BEING PLACE IN FILTHY MCSO'S COUNTY JAIL, SHOT 8 TIMES & PLACED ON A TOP BUNK AREA & IT TAKES DAYS/WEEKS TO SEE MEDICAL STAFF FOR STUFF THAT IS SERIOUS & SHOULD ONLY TAKE HOURS, "CRUEL & UNUSUAL"

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   SEE PAGE #3) UNDER COUNT ONE.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. NOT SUEING DEPARTMENT THAT IS HOLDING ME.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1) UNDETEMEND DOLLAR AMOUNT. $

2) OFFICERS RODRIGUEZ, ROPE, & METCALF BE RELIEVED OF DUTY BEFORE THEY REALLY KILL SOMEONE IF THEY HAVEN'T ALREADY.

3) ITO BE RELEASED EMEDITLY

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JULY 1ST, 2019
             DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE

# <u>CERTIFICATION</u>

I hereby certify that on this date     **7/3/19**

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

_____

_____

*CGerdes*                       B0429
Legal Support Specialist Signature      S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009